UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2318
_____

UNITED STATES OF AMERICA

v.

CHRISTOPHER WILLIAMS,
a/k/a
SHAKY

Christopher Williams,

Appellant

(E. D. Pa. Crim. No. 02-cr-00172-007)

Before: McKEE, Chief Judge, SMITH and
SHWARTZ, Circuit Judges

**JUDGMENT ORDER**

It is now here ORDERED that the judgment of the United States District Court for

the Eastern District of Pennsylvania entered on February 28, 2013, is hereby affirmed.

*See Gonzalez v. Crosby*, 545 U.S. 524 (2005).

By the Court:

s/Theodore A. McKee
Chief Judge

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated:        September 12, 2014